**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**DIVON DANIEL WRAY,**

**Plaintiff,**

**vs.** **1:25-CV-1393 (MAD/MJK)**

**EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,**

**Defendants.**

---

**APPEARANCES:** **OF COUNSEL:**

**DIVON DANIEL WRAY**
Albany, New York
Plaintiff, *pro se*

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

*Pro se* Plaintiff Divon Daniel Wray initiated this action by filing a complaint on October 7, 2025, against Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC. *See* Dkt. No. 1. Plaintiff also moved to proceed *in forma pauperis* ("IFP"). *See* Dkt. No. 2. On February 20, 2026, Magistrate Judge Mitchell J. Katz granted Plaintiff's IFP motion and issued an Order & Report-Recommendation recommending that Plaintiff's complaint be dismissed without prejudice and with leave to amend. *See* Dkt. No. 5. On April 20, 2026, the Court adopted that recommendation. *See* Dkt. No. 6. Plaintiff subsequently filed an amended complaint. *See* Dkt. No. 8. On August 14, 2026, Magistrate Judge Katz issued an Order and Report-Recommendation recommending that Plaintiff's amended complaint be dismissed without

leave to amend. *See* Dkt. No. 9. The deadline for Plaintiff to file objections was August 28, 2026. As of the date of this Order, Plaintiff has not filed any objections.

When a party files specific objections to a magistrate judge's report-recommendation and order, the district court makes a "de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). A proper objection must be timely, specific, and "not raise new arguments not previously made before the magistrate judge." *Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 358 (2d Cir. 2025) (citation omitted). When a party declines to file objections, or "fails to properly object[,]" the district judge reviews the report-recommendation for clear error. *Id.* at 358-59. After the appropriate review, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Magistrate Judge Katz thoroughly discussed the facts alleged in Plaintiff's amended complaint and the attached exhibits as well as the law applicable to Plaintiff's credit reporting claims. *See* Dkt. No. 9. The Court finds no clear error in Magistrate Judge Katz's conclusions that Plaintiff has failed to state any fraud or identity theft claims related to various credit reports. The Court also agrees that further leave to amend would be futile. *See id.* at 21-23. Although "'[d]ismissals for failure to state a claim . . . are generally with prejudice,'" *In re Seganti*, 153 F.4th 272, 279–80 (2d Cir. 2025) (citation omitted), the Court finds no clear error in Magistrate Judge Katz's recommendation to dismiss the *pro se* amended complaint without prejudice.[1]

---

[1] Magistrate Judge Katz recommended that all of Plaintiff's claims be dismissed *without* prejudice for failure to state a claim, except for one claim which he recommended to be dismissed *with* prejudice. For consistency's sake, the Court will dismiss all of Plaintiff's claims without prejudice, but without leave to amend.

After carefully reviewing the Order and Report-Recommendation, the entire record in this matter, and the applicable law, the Court hereby

**ORDERS** that Magistrate Judge Katz's Order and Report-Recommendation (Dkt. No. 9) is **ADOPTED in its entirety** for the reasons set forth herein; and the Court further

**ORDERS** that Plaintiff's amended complaint (Dkt. No. 8) is **DISMISSED without prejudice and without leave to amend**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 5, 2026
Albany, New York

Mae A. D'Agostino
U.S. District Judge